In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-461 CV


____________________



IN THE INTEREST OF J.C.R.W.






On Appeal from the 1st District Court


Jasper County, Texas


Trial Cause No. 22566






MEMORANDUM OPINION (1)


 On January 13, 2005, we notified the parties that the appeal would be dismissed for
want of prosecution unless arrangements were made for filing the record or the appellant
explained why he needed time for filing the record. Appellant did not respond. The
appellant is not entitled to proceed without payment of costs. Tex. R. App. P. 20.1. 
There being no satisfactory explanation for the failure to file the record, the appeal is
dismissed for want of prosecution. Tex. R. App. P. 37.3(b). Costs are assessed against
appellant.

 APPEAL DISMISSED.

 PER CURIAM

Opinion Delivered March 10, 2005 

Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Tex. R. App. P. 47.4.